

**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

SLM / ALL
Transmittal Number: 8008295
Date Processed: 09/16/2010

| | |
|---|---|
| Primary Contact: | Pamela Hoff<br>The Travelers Companies, Inc.<br>385 Washington Street, MC 515A<br>Saint Paul, MN 55102 |

| | |
|---|---|
| Entity: | St. Paul Fire and Marine Insurance Company<br>Entity ID Number  1722063 |
| Entity Served: | St. Paul Travelers |
| Title of Action: | Estate of Miriam Parker vs. St. Paul's/Travelers Insurance Company |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court: | Orleans Parish Civil District Court, Louisiana |
| Case Number: | 108915 G11 |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 09/15/2010 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | Sec of State-LA on 09/13/2010 |
| How Served: | Certified Mail |
| Sender Information: | Delando Parker<br>504-491-4447 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

**EXHIBIT "A"**

**State of Louisiana**
**Secretary of State**

09/14/2010

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

ST. PAUL TRAVELERS
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

Suit No.: 108915
CIVIL DISTRICT COURT
ORLEANS PARISH

MIRIAM PARKER
vs
ST. PAUL'S, ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE
Served by: J. LABATUT

Date: 09/13/2010
Title: DY. SHERIFF

No: 822050



TG

ATTORNEY'S NAME: In Proper Person, 90002
AND ADDRESS:

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2010 -- 08915    1                                        SECTION: 11 – G

PARKER, MIRIAM    ET AL versus ST. PAUL'S    ET AL

## CITATION

TO: ST.PAUL'S/TRAVELERS INSURANCE COMPANY
THROUGH: THE SECRETARY OF STATE
STATE ARCHIVES BUILDING
8549 UNITED PLAZA BLVD.
BATON ROUGE    LA    70809

SERVED ON
JAY DARDENNE
SEP 13 2010
SECRETARY OF STATE
COMMERCIAL DIVISION

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**************************************************
ADDITIONAL INFORMATION
Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
**************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    September 2, 2010

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On ST.PAUL'S/TRAVELERS INSURANCE COMPANY | On ST.PAUL'S/TRAVELERS INSURANCE COMPANY |
| THROUGH: THE SECRETARY OF STATE | THROUGH: THE SECRETARY OF STATE |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ ST.PAUL'S/TRAVELERS INSURANCE COMPANY |
| Returned same day _____ No. ____ Deputy Sheriff of _____ Mileage: $ _____ | being absent from the domicile at time of said service. Returned same day _____ No. ____ Deputy Sheriff of _____ |
| ___/ ENTERED /___ PAPER    RETURN ___/___ /___ SERIAL NO.   DEPUTY   PARISH | |

ATTORNEY'S NAME: In Proper Person,  90002
AND ADDRESS:

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2010 – 08915  1  SECTION: 11 – G

PARKER, MIRIAM  ET AL versus ST. PAUL'S  ET AL

## CITATION

TO: ST.PAUL'S/TRAVELERS INSURANCE COMPANY
THROUGH: THE SECRETARY OF STATE
STATE ARCHIVES BUILDING
8549 UNITED PLAZA BLVD.
BATON ROUGE  LA  70809

SERVED ON
JAY DARDENNE
SEP 13 2010
SECRETARY OF STATE
COMMERCIAL DIVISION

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA  September 2, 2010

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of ____ ____ served a copy of the w/i petition FOR DAMAGES | On this ____ day of ____ ____ served a copy of the w/i petition FOR DAMAGES |
| On ST.PAUL'S/TRAVELERS INSURANCE COMPANY | On ST.PAUL'S/TRAVELERS INSURANCE COMPANY |
| THROUGH: THE SECRETARY OF STATE | THROUGH: THE SECRETARY OF STATE |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of ____ a person of suitable age and discretion residing therein as |
| Returned same day ____ No. ____ Deputy Sheriff of ____ Mileage: $ ____ | a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said ____ ST.PAUL'S/TRAVELERS INSURANCE COMPANY |
| ____ / ENTERED / ____ PAPER  RETURN ____ / ____ / ____ SERIAL NO.  DEPUTY  PARISH | being absent from the domicile at time of said service. Returned same day ____ No. ____ Deputy Sheriff of ____ |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED
2010 AUG 26 P 4:45
CIVIL DISTRICT COURT

DIVISION " "

10-8915

ESTATE OF MIRIAM PARKER, ET AL

G-11

VERSUS

ST. PAUL'S/TRAVELERS INSURANCE COMPANY

FILED: _____          DEPUTY CLERK: _____

### PETITION FOR DAMAGES

The Petition of Estate of Miriam Parker which property is located in the State of Louisiana, City of New Orleans and Parish of Orleans, Delando Parker who lives in Orleans Parish, and Darryl Parker who live in Orleans Parish all acting prose, respectfully represents:

1.

That Petitioners jointly own the immovable property located at 2517 Monroe Street, 70118 in this City, at all times material hereto.

2.

That made defendant herein is St. Paul's/Travelers Insurance company; that it is a foreign insurance company licensed to and doing business in the Parish of Orleans, State of Louisiana which at all times material hereto, and in particular on August 29, 2005, had in full force and effect a policy of insurance covering this property for various perils at the above mentioned addresses, including but not limited to the building and improvements, adjacent structures, contents, loss of use, and such additional expenses as may be shown at a trial of this cause.

3.

That the said residential property covered by said policy of insurance was damaged as the result of wind and/or water intrusion, together with certain acts of looting & theft, brought on by the forces of Hurricane Katrina and the residents of the City of New Orleans, which struck the entire area on August 29, 2005.

4.

That thereafter, the residential property was inspected by representatives of defendant for the purpose of preparing an estimate of covered losses for which the Petitioners were entitled to reimbursement under said policy of insurance.

5.

That thereafter, defendant refuse d to compensate Petitioners for losses to which they were entitled under said policy.

6.

That as will be shown with particularity upon the trial of this matter, the Petitioners suffered actual losses caused by covered perils under said policy of defendant.

7.

That thereafter, through the date of filing of this lawsuit, defendant has either failed or refused to pay the Petitioners the full amount to which they should rightfully be entitled under said policy for losses caused by the forces of Hurricane Katrina on August 29, 2005.

8.

That on information and belief, and pending full discovery, Petitioners allege that the actions and/or omissions of defendant insurance company, in adjusting claims associated with the above storm of August 29, 2005, violate the provisions of various statutes of the State of Louisiana, including but not limited to La-R.S.22:1220, and LA-R.S. 22:658, entitling Petitioners to all amounts to which they are entitled by reason of the provisions of the above mentioned policy, plus general and special damages and applicable statutory penalties.

9.

That further on information and belief, and pending full discovery, Petitioners aver that the acts and/or omissions of defendant constitute negligence in the adjustment of Petitioners' claim, entitling Petitioners to general and special damages for said negligence, under Louisiana law.

WHEREFORE, Petitioners (Estate of Miriam Parker, Delando Parker and Darryl Parker) pray that defendant St. Paul's Travelers Insurance Company served with a copy of this petition and be duly cited to appear and answer same and that after due proceedings are had there be judgment in favor of all Petitioners and against defendant St. Paul's/Travelers Insurance Company, in an amount as may be deemed reasonable under the circumstances by this Honorable Court, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, as well as statutory penalties and attorney's fees to which Petitioners may be entitled.

And for all general and equitable relief.

Respectfully submitted,

_____
Delando Parker
Individually and on Behalf of Estate
of Miriam Parker
2517 Monroe Street
NOLA 70118
(504) 491-4447

_____
Darryl Parker
Individually and on Behalf of Estate
of Miriam Parker
1926 Mediamolle Drive
NOLA 70114
(504) 214-2296

PLEASE SERVE:

ST. PAUL'S/TRAVELERS INSURANCE COMPANY
Through the Secretary of State
State Archives Bldg.
8549 United Plaza Blvd.
Baton Rouge, Louisiana 70809

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

RECEIVED
SEP 10 2010
EBR SHERIFF'S OFFICE



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. 2010-08915                                SECTION "G-11"

ESTATE OF MIRIAM PARKER, ET AL

versus

ST. PAUL'S/TRAVELERS INSURANCE COMPANY

FILED: _____   _____
                                    DEPUTY CLERK

**MOTION AND ORDER FOR EXTENSION OF TIME
WITHIN WHICH TO ANSWER AND/OR OTHERWISE PLEAD**

NOW INTO COURT, through undersigned counsel, comes defendant, The Standard Fire Insurance Company ("Standard Fire"), erroneously named as "St. Paul's/Travelers Insurance Company", who respectfully moves the Court for an additional thirty (30) days to file responsive pleadings, up to and including October 28, 2010. In support of this motion, Travelers shows the following: (1) that it has been served with the Petition in this matter on or about September 13, 2010 through the Secretary of State; (2) that responsive pleadings are due September 28, 2010 to the Petition; (3) that mover requires additional time to investigate the facts which form the basis of this lawsuit prior to answering the Petition and/or otherwise pleading herein; and (4) that no previous extensions of time have been sought or granted to mover.

Respectfully submitted,

_____
RALPH S. HUBBARD, III, La. Bar. # 7040
SETH A. SCHMEECKLE, La. Bar #27076
LADONNA G. WILSON, La. Bar #28814
LUGENBUHL, WHEATON, PECK, RANKIN
    & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Defendant,
The Standard Fire Insurance Company**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this pleading was served via U.S. Mail, properly addressed and postage paid, on plaintiffs, this 16th day of September, 2010.

_____
LADONNA G. WILSON

2

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. 2010-08915             SECTION "G-11"

ESTATE OF MIRIAM PARKER, ET AL

versus

ST. PAUL'S/TRAVELERS INSURANCE COMPANY

FILED: _____      _____

**DEPUTY CLERK**

**O R D E R**

Considering the foregoing Motion;

IT IS HEREBY ORDERED that defendant, The Standard Fire Insurance Company ("Standard Fire"), erroneously named as "St. Paul's/Travelers Insurance Company", be, and is hereby **GRANTED** an additional thirty (30) days time within which to answer the Petition and/or otherwise plead herein and provide responses to discovery requests, up to and including October 28, 2010.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
DISTRICT COURT JUDGE

**Please Notify:**

All Parties of Record

3